# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN ELVIN TURNER,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 77718

FILED

APR 0 3 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This pro se petition for a writ of mandamus challenges the denial of petitioner's motion for partial summary judgment and various other actions or inactions in the underlying district court cases.

Having reviewed petitioner's petition, we decline to exercise our discretion to intervene in this matter. Petitioner may challenge adverse events that occurred in the underlying district court proceeding in the context of an appeal from the final judgment. *See* NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) ("[T]he right to appeal is generally an adequate legal remedy that precludes writ relief."); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that the issuance of a writ of mandamus is discretionary). We note that petitioner has appealed, in Docket No.

19-14596

77536, from the dismissal order in the underlying district court cases. Therefore, we

ORDER the petition DENIED.[1]

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty


cc:     Hon. Ron Israel, District Judge
        John Elvin Turner
        Attorney General/Las Vegas
        Eighth District Court Clerk

---

[1]Petitioner's failure to attach any supporting documents to his writ petition constitutes another reason why writ relief is unavailable. NRAP 21(a)(4).